IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMONI MASUD JOHNSON, | No. 3:19-CV-01512 |
| Petitioner, | (Chief Judge Brann) |
| v. | (Chief Magistrate Judge Mehalchick) |
| SUPERINTENDENT THOMAS MCGINLEY, *et al.*, | |
| Respondents. | |

### ORDER

#### SEPTEMBER 2, 2021

Armoni Masud Johnson, a Pennsylvania state prisoner, filed this 28 U.S.C. § 2254 petition seeking to vacate his convictions and sentence.[1] Johnson raises numerous claims in his petition, including claims of a *Batson*[2] violation, and that his due process rights were violated.[3]

In June 2021, Chief Magistrate Judge Karoline Mehalchick issued a Report and Recommendation recommending that this Court deny the petition and deny as moot Johnson's motion for summary judgment.[4] Specifically, Chief Magistrate

---

[1] Doc. 1.
[2] *Batson v. Kentucky*, 476 U.S. 79 (1986).
[3] Docs. 1, 5.
[4] Doc. 34.

Judge Mehalchick recommends finding that Johnson's claims are procedurally defaulted, and that no exceptions would permit this Court to consider the claims.[5]

After receiving an extension of time, Johnson filed timely objections to the Report and Recommendation.[6] "If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'"[7] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations.[8] Upon *de novo* review, the Court finds no error in Chief Magistrate Judge Mehalchick's Report and Recommendation. Consequently, **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Karoline Mehalchick's Report and Recommendation (Doc. 34) is **ADOPTED**;

2. Johnson's 28 U.S.C. § 2254 petition (Doc. 1) is **DENIED**;

3. Johnson's motion for summary judgment (Doc. 25) is **DENIED** as moot;

---

[5] *Id.*
[6] Doc. 39.
[7] *Equal Emp't Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)).
[8] 28 U.S.C. § 636(b)(1); Local Rule 72.31.

4. Johnson's motion for an extension of time to file objections (Doc. 37) is **DENIED** as unnecessary;

5. The Court declines to issue certificate of appealability;[9] and

6. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[9] *See Slack v. McDaniel,* 529 U.S. 473, 484 (2000) (setting forth legal standard).